# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
Clerk

**DAN MCALLISTER**
Chief Deputy



James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

New York State Supreme Court
Albany County
Office of the Court Clerk
16 Eagle Street
Albany, New York 12207

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED October 25, 2023
NOV 0 3 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

RECEIVED
OCT 3 0 2023
Albany County
Combined Courts

    RE:    Leafly Holdings, Inc., et al. v. NYS Office of Cannabis Management, et al.
              NDNY Case No.: 1:23-cv-1273 (AMN/DJS)
              Albany County Supreme Court Index No.: 908706-23

Dear Sir or Madam:

        Enclosed please find a certified copy of the Text Order filed in the Northern District of New York on October 25, 2023, remanding this action to the State of New York Supreme Court, Albany County, for any and all further proceedings. This certified order is being sent to your Court in accordance with Federal Rules of Civil Procedure 28 U.S.C. 1447(c). Also enclosed is a certified copy of the Docket Sheet in this matter.

        Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

        If you have any questions, please do not hesitate to contact me.

        Thank you for your attention in this matter.

        Sincerely,
        JOHN M. DOMURAD, CLERK

        s/Maria Blunt

        By: Maria Blunt
        Courtroom Deputy to the
        Honorable Anne M. Nardacci, U.S.D.J.

Enclosures

ACKNOWLEDGMENT: *[signature]*    DATE: 10/31/23
forwarded to assigned Justice Kevin R. Bryant.

**STATE OF NEW YORK**
**ALBANY COUNTY**
**SUPREME AND COUNTY COURTS**
ALBANY COUNTY COURTHOUSE - ROOM 102
ALBANY, NEW YORK 12207

US POSTAGE ℠ PITNEY BOWES

ZIP 12207 $ 000.63
02 4W
0000343325 OCT. 31. 2023

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV 03 2023
RECEIVED

Maria Blunt
United States District Court
James T. Foley Cths e
445 Broadway
Rm 509
Albany, NY 12207

PRINTED ON RECYCLED PAPER

1220732948 C012